DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TROY SHELDON CRAIG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2087

[July 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 15-006513-CF-10A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

We affirm in this *Anders*[1] appeal of the trial court's disposition of appellant's violation of probation proceeding, but remand for entry of a written order of revocation of probation specifying the conditions appellant was found to have violated. *See Brown v. State*, 82 So. 3d 910 (Fla. 4th DCA 2011); *Rey v. State*, 904 So. 2d 566 (Fla. 4th DCA 2005), *Riley v. State*, 884 So. 2d 1038 (Fla. 4th DCA 2004).

DAMOORGIAN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] *Anders v. California*, 386 U. S. 738 (1967).